608

HOFFMAN, J., dissented.

SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 293

Commonwealth v. Jackson, Appellant.

Argued March 20, 1978. Leonard S. Wissow, for appellant; N. Wasser, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented.

SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 293

Commonwealth v. Johnson, Appellant.

Argued March 20, 1978. Joseph T. Murphy, Jr., for appellant; Edward G. Rendell, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., would remand for hearing in accordance with *Commonwealth v. Twiggs,* 460 Pa. 105, 331 A.2d 440 (1975).

390 A.2d 293

Commonwealth v. Johnson, Appellant.

Argued March 20, 1978. David C. Harrison, for appellant; Eric B. Henson, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.